UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CAROL TARRANT )<br>　　　　　Plaintiff, )<br> )<br>v. )<br> )<br> )<br>KILOLO KIJAKAZI, Acting Commissioner )<br>of Social Security, )<br>　　　　　Defendant. )<br> ) | **JUDGMENT**<br><br>No. 5:20-CV-258-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 29, 2021, it is ordered that defendant pay to plaintiff $4,500.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on October 29, 2021, and Copies To:**
Vaughn Stephen Clauson (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

October 29, 2021　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk