IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CAROL TARRANT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 5:20-CV-00258-FL ) |
| KILOLO KIJAKAZI,<br>Acting Commissioner of<br>Social Security, | ) ) ) ) ) |
| Defendant. | ) |

## **ORDER**

Plaintiff's counsel filed a motion for attorney's fees under 42 U.S.C. § 406(b) and in the amount of $6,542.20.

Defendant filed a reply to the motion noting that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $6,542.20, and, if applicable, ordered to refund to Plaintiff the smaller award between this amount and the amount counsel previously received under the EAJA.

So ordered, this 12th day of January, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge